## CHEMICAL FINANCIAL CORP. v. STEPHENS

No. 2P93

Case below: 108 N.C.App. 353

Petition by defendant (North Carolina Farm Bureau Mutual Insurance Co.) for discretionary review pursuant to G.S. 7A-31 denied 11 March 1993.

## COVINGTON v. TOWN OF APEX

No. 21P93

Case below: 108 N.C.App. 231

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 11 March 1993.

## HICKMAN v. FUQUA

No. 433P92

Case below: 108 N.C.App. 80

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 11 March 1993.

## IN RE APPEAL OF PHILIP MORRIS U.S.A.

No. 49PA93

Case below: 108 N.C.App. 514

Petition by Cabarrus County for discretionary review pursuant to G.S. 7A-31 allowed 11 March 1993.

## IN RE KING

No. 36P93

Case below: 108 N.C.App. 573

Petition by Granville County Department of Social Services for discretionary review pursuant to G.S. 7A-31 denied 11 March 1993.